1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT FOR THE

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   GARY PALMER,                              1:07-cv-00740-LJO-WMW (HC)

12          Petitioner,                        ORDER GRANTING EXTENSION OF
                                               TIME TO FILE TRAVERSE
13      vs.
                                               (DOCUMENT #9)
14   A. HEDGPETH,
                                               THIRTY DAY DEADLINE
15          Respondent.
                                    /
16

17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On September 20, 2007, petitioner filed a motion for extension of time to file

19   his traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file his

22   traverse.

23   IT IS SO ORDERED.

24   **Dated:    October 4, 2007**            _____ **/s/  William M. Wunderlich** _____
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28