1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    GARY PALMER,                              1:07-cv-740-LJO-WMW  (HC)

12              Petitioner,
                                                ORDER DENYING MOTION FOR
13         vs.                                  APPOINTMENT OF COUNSEL

14    A. HEDGPETH,
                                                (DOCUMENT #14)
15              Respondent.

16    _____/

17            Petitioner has requested the appointment of counsel.  There currently exists no absolute

18    right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

19    479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

20    cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

21    of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

22    Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

23    justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

24    HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

25    IT IS SO ORDERED.

26    **Dated:    November 7, 2007**            _____/s/  William M. Wunderlich_____
                                                UNITED STATES MAGISTRATE JUDGE
27

28